# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-1588
LT Case No. 1994-000724-CFAWS

————————————————

DOMINGO FIGUEROA,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

————————————————

3.800 Appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Domingo Figueroa, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel
Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

December 19, 2025

PER CURIAM.

   Due to Appellant's apparent abuse of the legal process by his
abusive, repetitive, malicious, or frivolous pro se filings attacking
his judgment(s) and sentence(s) in Volusia County Circuit Court
Case No. 1994-000724-CFAWS, this Court issued an order
directing Appellant to show cause why he should not be prohibited
from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48

(Fla. 1999).  Having carefully considered the response and finding it fails to show cause why sanctions should not be imposed, we conclude that Appellant/ Petitioner is abusing the judicial process and should be barred from further pro se filings.

In order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Volusia County Circuit Court Case No. 1994-000724-CFAWS.  The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case(s).  The Clerk will summarily reject any future filings regarding the referenced case(s) unless filed by a member in good standing of The Florida Bar.  *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough.").  The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings.  *See* § 944.279(1), Fla. Stat. (2020); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

SANCTIONS IMPOSED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.